## In re Barry G.*
## (11667)

Dupont, C. J., O'Connell and Lavery, Js.

Argued June 14—decision released July 6, 1993

*Susan F. Filan,* special public defender, with whom, on the brief, was *Christine Perra,* special public defender, for the appellant (respondent).

*Karen Hardy-Massaro,* state's advocate, for the appellee (petitioner).

Per Curiam. The judgment is affirmed.

---

* In accordance with the spirit and intent of General Statutes § 46b-142 (b) and Practice Book § 4166B.2, the names of the parties involved in this appeal are not disclosed. The records and papers of this case shall be open for inspection only to persons having a proper interest therein and upon order of the Appellate Court.